

FILED
CLERK, U.S. DISTRICT COURT
10/5/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

Query   Reports   Utilities   Help   What's New   Log Out

BNDLFL

## U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:21-mj-03916-LFL All Defendants
2:21-cr-00450-FLA-2

Case title: USA v. Reid

Date Filed: 09/29/2021

Date Terminated: 10/01/2021

Assigned to: Magistrate Judge Lauren Fleischer Louis

**Defendant (1)**

**Lecroff Reid**  
02518-506  
*YOB:1961; English*  
*TERMINATED: 10/01/2021*

represented by **Martin L. Roth**  
Martin L. Roth PA  
307  
1700 East Las Olas Blvd.  
Suite 307  
Fort Lauderdale, FL 33301  
954-745-7697  
Fax: 954-994-1052  
Email: mlrpa@msn.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

WARR/CD-CA/INDICTMENT/CONSPIRACY TO DISTRIBUTE AND PWID FENTANYL

**Disposition**

**Plaintiff**

USA

represented by **Noticing AUSA CR TP/SR**  
Email: Usafls.transferprob@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2021 | 1 | Magistrate Removal of Indictment from Central District of California Case number in the other District 21-cr-450-FLA as to Lecroff Reid (1). (kss) (Entered: 09/29/2021) |
| 09/29/2021 | 2 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance as to Lecroff Reid held on 9/29/2021. Date of Location Custody (Arrest or Surrender): 9/29/2021. Detention Hearing set for 10/1/2021 at 10:00 AM in the Miami Division before MIA Duty Magistrate. Removal Hearing set for 10/1/2021 at 10:00 AM in the Miami Division before MIA Duty Magistrate. Attorney added: Martin L. Roth for Lecroff Reid (Digital 14:25:41, 14:40:29)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 9/29/2021. (fbn) (Entered: 09/30/2021) |
| 10/01/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE: Martin L. Roth appearing for Lecroff Reid (Roth, Martin) (Entered: 10/01/2021) |
| 10/01/2021 | 4 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Status Conference Re: Removal as to Lecroff Reid held on 10/1/2021. Detention Hearing as to Lecroff Reid held on 10/1/2021. Witness Ethan Suntrup, DEA sworn and testified. Bond recommendation/set: Lecroff Reid (1) The COURT sets a $50,000 with 10% and $ 200,000 PSB. Signatures due by 10/1/2021 and cash due 10/4/2021. DEFENDANT RELEASED. DEFENDANT WAIVES REMOVAL; WAIVER AND ORDER OF REMOVAL EXECUTED. (Digital 11:17:26) Signed by Magistrate Judge Lauren Fleischer Louis on 10/1/2021. (fbn) (Entered: 10/04/2021) |
| 10/01/2021 | 5 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Lecroff Reid. (fbn) (Entered: 10/04/2021) |
| 10/01/2021 | 6 | ORDER OF REMOVAL ISSUED to the Central District of California as to Lecroff Reid. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 10/1/2021. *See attached document for full details.* (cg1) (Entered: 10/05/2021) |
| 10/04/2021 | 7 | $50,000.00 10% PSB Bond Entered as to Lecroff Reid Receipt # FLS100237663. Approved by Magistrate Judge Lauren Fleischer Louis. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 10/5/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 10/05/2021) |
| 10/04/2021 | 8 | $200,000.00 PSB Bond Entered as to Lecroff Reid Approved by Magistrate Judge Lauren Fleischer Louis. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 10/5/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 10/05/2021) |
| 10/05/2021 | 9 | Notice of Criminal Transfer to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Lecroff Reid. Your case number is: 2:21-cr-00450-FLA. Docket sheet and documents attached. There is a cash bond in this case which is being transmitted by our Financial Section to your court. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cg1) (Entered: 10/05/2021) |

# MINUTE ORDER

Page 3

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor    Date: 9/29/2021    Time: 1:30 p.m.

Defendant: LECROFF REID    J#: 02518-506    Case #: 21-MJ-3916-LOUIS

AUSA: Elizabeth Young    Attorney: Martin Roth (Temp)

Violation: WARR/CD-CA/INDICTMENT/CONSPIRACY TO DISTRIBUTE AND PWID FENTANYL    Surr/Arrest Date: 09/28/2021    YOB: 1961

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

Defendant consented to appear via video

Govt rec PTD; Defense reqs 10/1/21 for hearing

*Brady warning given*

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

**PTD Hearing:**    10/1/21    1:30 p.m.    Duty/Miami

**Removal Hrg.:**    10/1/21    1:30 p.m.    Duty/Miami

Status Conference RE:

D.A.R. 14:25:41/14:40:29    Time in Court: 15 mins

s/Lauren F. Louis    Magistrate Judge

# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 10/1/21     Time: 10:00 a.m.

Defendant: Lecroff Reid     J#: 02518-506     Case #: 21-3916-MJ-LOUIS

AUSA: Karla Albite     Attorney: MARTIN ROTH - TEMP

Violation: WARR/IND/CENTRAL CA - CONSP/DIST/PWID FENTANYL

Proceeding: REMOVAL/PTD     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: PTD

Bond Set at:     Co-signed by:

- ☑ **Surrender and/or do not obtain passports/travel docs**
- ☑ **Report to PTS as directed/or** _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☑ **No firearms**
- ☑ **Not to encumber property**
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ **Travel extended to:** S/D OF FL & S/D OF CA (for court)
- ☐ Other:

Language: English

Disposition:
Defendant consented to appear via video

*Pretrial Detention hearing held based on risk/flight & danger/community; S/A Ethan Suntrup, DEA sworn & testified*

*The Court sets a $50K w/10% & $200K PSB cosigned by wife (signatures due today and cash due by Monday) (released)*

*Defendant waives removal; Waiver and Order of Removal executed*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 11:17:26     Time in Court: 35 mins

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 21-3916-MJ-LOUIS

United States of America
    Plaintiff,
v.

Charging District's Case No. 2:21-cr-00450-FLA

Lecroff Reid,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Central District of California.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[X] An identity hearing and production of the warrant.

[X] A preliminary hearing.

[ ] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/1/21

_____
Defendant's Signature

_____
Lauren F. Louis
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-3916-MJ-LOUIS

United States of America
        Plaintiff,

v.

Lecroff Reid,
        Defendant.
_____/

### ORDER OF REMOVAL

It appearing that in the **Central District of California**, an Indictment was filed against the above-named defendant on a charge of **CONSP/DIST/PWID FENTANYL**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lauren F. Louis at Miami, Florida, which officially committed the defendant for removal to the **Central District of California**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lauren F. Louis for removal and posted bail in the amount of $ 50k 10% * 200k PSB which was approved by the United States Magistrate Judge Lauren F. Louis, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 10/1/21.

_____
Lauren F. Louis
United States Magistrate Judge

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**APPEARANCE BOND:** $50,000 with 10%

**CASE NO.:** 21-mj-03916-LFL-1

UNITED STATES OF AMERICA:

        Plaintiff,

v.                                                USM # : 02518-506

Lecroff Reid,

        Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 50,000 with 10% with co-signer

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: ( ✓ ) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

✓ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor *the defendant's* computer use;

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE THREE

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

  __ Location monitoring technology at the discretion of the officer
  __ Radio Frequency (RF) monitoring (Electronic Monitoring)
  __ Active GPS Monitoring
  __ Voice Recognition
  __ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

  __ Home Detention: You are restricted to your residence at all times except for:
  ( ) medical
  ( ) substance abuse or mental health treatment
  ( ) court appearances
  ( ) attorney visits or court ordered obligations
  ( ) religious services
  ( ) employment
  ( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
  ( ) employment
  ( ) education
  ( ) religious services
  ( ) medical, substance abuse, or mental health treatment
  ( ) attorney visits
  ( ) court appearances
  ( ) court ordered obligations
  ( ) reporting to Pretrial Services
  ( ) other _____

— q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. <u>Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense</u>:
   1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
   2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
   3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
   4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
   5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
   6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
   7. ( ) The defendant shall not be involved in any children's or youth organizations.
   8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
   9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: __(See below)__, and must notify Pretrial Services of travel plans before leaving and upon return. Travel only within this district and to the Central District of California only for purposes of court proceedings (trial). Travel itinerary needs to be provided to Pretrial Services.

✓ v. Comply with the following additional conditions of bond:
Firearm must be removed from the home.
_$5,000.00 must be deposited with the Clerk of Court on or before October 4, 2021, close of business._

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE SIX

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 4th day of October, 2021 at Miami, Florida
Signed and acknowledged before me:
WITNESS: _____
DEFENDANT: (Signature) _____
City: Sunny Isles bch   State: FL
City: Miami   State: FL

**CORPORATE SURETY**

Signed this 1 day of October, 20 21 at Miami, Florida
SURETY: Valeria Aniag
AGENT: (Signature) _____
PRINT NAME: _____
City: Miami   State: Florida

**INDIVIDUAL SURETIES**

Signed this 1 day of October 2021 at Miami, Florida
SURETY: (Signature) Valeria Aniag
PRINT NAME: Valeria Aniag
RELATIONSHIP TO DEFENDANT: wife
City: Miami   State: Florida

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____   State: _____

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____   State: _____

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____   State: _____

### APPROVAL BY THE COURT

Date: 10/4/21

UNITED STATES MAGISTRATE JUDGE



**TD Bank**

RE: Lecroff Reid
DATE: 10/04/2021

PAY TO THE ORDER OF: **Clerk Of Court**
Five Thousand AND 00/100

$5,000.00

DRAWER: TD BANK, N.A.
AUTHORIZED SIGNATURE

76648895-8
52-0133
112

⑈766488958⑈ ⑆011201335⑈ 6265069404⑈

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100237663
Cashier ID: jcaceres
Transaction Date: 10/04/2021
Payer Name: LECROFF REID
----------------------------------------
TREASURY REGISTRY
 For: LECROFF REID
 Case/Party: D-FLS-1-21-MJ-003916-001
 Amount:      $5,000.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 76648895-8
 Amt Tendered:  $5,000.00
----------------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00

USA V LECROFF REID


LECROFF REID



50K 10% BOND

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**APPEARANCE BOND:** $200,000 PSB

**CASE NO.:** 21-mj-03916-LFL-1

UNITED STATES OF AMERICA:

        Plaintiff,

v.                                                              USM # : 02518-506

Lecroff Reid,

        Defendant,

_____ /

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 200,000 Personal Surety bond with co-signer

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

|  |  |
|---|---|
| DEFENDANT: | Lecroff Reid |
| CASE NUMBER: | 21-3916-mj-Louis-1 |
| PAGE TWO |  |

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: ( ✓ ) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

✓ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE THREE

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

  __ Location monitoring technology at the discretion of the officer
  __ Radio Frequency (RF) monitoring (Electronic Monitoring)
  __ Active GPS Monitoring
  __ Voice Recognition
  __ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

  __ Home Detention: You are restricted to your residence at all times except for:
  ( ) medical
  ( ) substance abuse or mental health treatment
  ( ) court appearances
  ( ) attorney visits or court ordered obligations
  ( ) religious services
  ( ) employment
  ( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
  ( ) employment
  ( ) education
  ( ) religious services
  ( ) medical, substance abuse, or mental health treatment
  ( ) attorney visits
  ( ) court appearances
  ( ) court ordered obligations
  ( ) reporting to Pretrial Services
  ( ) other _____

__ q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. <u>Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:</u>
1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: __(See below)__, and must notify Pretrial Services of travel plans before leaving and upon return.  Travel only within this district and to the Central District of California only for purposes of court proceedings (trial). Travel itinerary needs to be provided to Pretrial Services.

✓ v. Comply with the following additional conditions of bond:
Firearm must be removed from the home.

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE FIVE

# PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Lecroff Reid
CASE NUMBER: 21-3916-mj-Louis-1
PAGE SIX

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 4th day of October, 2021 at Miami, Florida
DEFENDANT: (Signature) _L. Reid_
Signed and acknowledged before me:
WITNESS: ____
Sunny Isles bch, FL
Miami, FL

**CORPORATE SURETY**

Signed this ___ day of _____, 20__ at _____, Florida
SURETY: _____   AGENT: (Signature) _____
PRINT NAME: _____

**INDIVIDUAL SURETIES**

Signed this 1 day of October 2021 at Miami, Florida
SURETY: (Signature) Valerie Aniag
PRINT NAME: Valeria Aniag
RELATIONSHIP TO DEFENDANT: Wife
Miami, FL

Signed this ___ day of _____, 20__ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

Signed this ___ day of _____, 20__ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

Signed this ___ day of _____, 20__ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

### APPROVAL BY THE COURT

Date: 10/4/21

UNITED STATES MAGISTRATE JUDGE